IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAZMOND BOOKER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 25-5203 |

<u>ORDER</u>

AND NOW, this 3rd day of December 2025, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant City of Philadelphia to dismiss the complaint as to it for failure to state a claim (Doc. #5) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                                                     J.